IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-182 |
| JOSEPH PASCUA, | |
| Defendant. | |

**O R D E R**

Based upon the Court's review of the Trial Protected Materials and in consideration of the parties' Stipulated Trial Protective Order, the Court **GRANTS** the parties' motion, (doc. 61), for entry of the Stipulated Trial Protective Order and **ORDERS** that the Government's trial exhibits identified during the Pretrial Conference held on February 6, 2023, fall within the scope of this Order. Additionally, during the course of the trial of this case, additional evidence may be identified, as appropriate, and shall be governed by the terms of this Order.

IT IS FURTHER ORDERED that the stipulation and recommendation of the parties are appropriate in this case for the handling of trade secret information at trial. In particular, the limited viewing of trade secret information is necessary to preserve the confidentiality of the trade secrets in this case. Congress has identified this compelling interest and specifically directed that in trade secret cases necessary steps should be taken to "preserve the confidentiality of trade secrets." 18 U.S.C. § 1835; see also H. Rep. No. 104-788, 104th Cong., 2d Sess. 13 (1996) ("This subsection authorizes the court to preserve the confidentiality of alleged trade secrets during legal proceedings consistent with existing rules of criminal procedure, civil procedure, and evidence, and other

applicable laws. The intent of this section is to preserve the confidential nature of the information and, hence, its value.").

The adopted measures are reasonable and narrowly tailored to serve the substantial interest of preserving the confidentiality of the trade secret information. After considering other options, the Court finds there are no less restrictive alternatives. Finally, the Court will address any further issues concerning evidence involving the trade secrets in this case that may arise during trial.

**SO ORDERED**, this 8th day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA