IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH PASCUA,<br><br>    Defendant. | CASE NO.: 4:21-cr-182 |

**O R D E R**

A jury trial in the above captioned case having been conducted on February 14, 2023, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government on February 16, 2023, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 21st day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA