IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-182 |
| JOSEPH PASCUA, | |
| Defendant. | |

**O R D E R**

On March 28, 2023, this Court granted the Government's Unopposed Motion to continue preparation of the presentence investigation report and sentencing in this case until resolution of the Eleventh Circuit case *United States v. Verdeza*. (Doc. 88.)

The Court hereby **DIRECTS** the parties to confer and file a status report **on or before October 13, 2023**, notifying the Court as to the current status of the appeal in *United States v. Verdeza*, USCA11 Case No. 21-10461. The joint status report shall also indicate whether the parties are prepared to proceed with sentencing in this case. Should the parties request a further continuance of sentencing, counsel shall provide the Court an explanation of the circumstances giving rise to the request for additional time and state whether it should be considered an excludable period of delay under the Speedy Trial Act, 18 U.S.C. § 3161(h).

The parties need not use Judge Baker's Status Report Form and should instead simply provide the requested information to the Court in one or more paragraphs.

**SO ORDERED**, this 2nd day of October, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA